CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROGER B. HARGRAVE,  )
JCI. POB. 534  )
Jessup, MD 20794  )
          Plaintiff  )
          v.  )      Civil Action No. _____
ACS HCM & STATE & LOCAL SOLUTIONS  )
POB. 1014  )
Totowa, NJ 07511-1014 Defendant  )
  )
  )

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __ACS HCM & STATE & LOCAL SOLUTIONS__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ___none___, which have any outstanding securities in the hands of the public. __ACS has no parent corporation and no entity owns more than 5% of its stock.__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Thomas Woodford_
Signature

__DC Bar #416015__
Bar Identification Number

THOMAS J. WOODFORD
Print Name

1100 Riverview Plaza, 63 S. Royal St.
Address

Mobile, AL 36602
City    State    Zip

251-433-1230
Telephone Number