Dear Deputy Clerk Maureen Higgins

Re: Civil Action No. 08-0682 / Roger B. Hargrave v. ACS HCM & State & Local-Solutions
JDB

On 4/28/08 I recieved a noticed dated 4/21/08 regarding the removal of Civil Action No. 0001251-08 from the Superior Court of the District of Columbia, and filed & assigned to, Honorable Judge Bates, in the United States District Court for the District of Columbia.

I would like to respectfully enter my appearance in the above captioned matter, Pro-se. I would also respectfully ask of this Court, if my apperance in person is necessary, that a writ be issued for me to be brought before this Court.

I would also like to inform the Court that i have very little D.C. Law in my posession or at my institution here in Md. I would respectfully like to request more information on Local Rule 83.2(a)(b), 83.6(a), and 16.3 to insure that i am in compliance with D.C. Court of Law.

I look forward to hearing from you or one of your clerks at you-alls earliest convenience. Thankyou for your time and consideration with this mater.

PS: Please Note my new address:

Sincerely, pro-se
Roger B. Hargrave #335903
NBCI. 14100 McMullen Hwy.
Cumberland Md. 21502

**RECEIVED**

MAY - 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT