UNITED STATES DISTRICT COURT
FOR THE DISTRICT of Columbia

RECEIVED
MAY 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROGER B. HARGRAVE
PLAINTIFF

v.

ACH HCM & STATE & Local
Solutions

DEFENDANT

CIVIL ACTION No. 08-0682 (JDB)

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT, OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS AND COMPEL ARBITRATION

PLAINTIFF, ROGER B. HARGRAVE, PRO SE, RESPONDS TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT, OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS AND COMPEL ARBITRATION. PLAINTIFF WOULD RESPOND AS FOLLOWS:

1. PLAINTIFF HEREBY AGREES TO DEFENDANT'S REQUEST THAT THIS COURT "... STAY THE PROCEEDINGS AND COMPEL ARBITRATION", AND REQUESTS THAT THIS HONORABLE COURT ORDER PLAINTIFF AND DEFENDANT TO PROCEED ACCORDINGLY.

2. ADDITIONALLY, PLAINTIFF ASSERTS TO THE COURT THAT THE STATE PRISON AT WHICH HE HAS BEEN INCARCERATED SINCE THE EARLIEST STAGES OF THESE

PROCEEDINGS, DOES NOT HAVE A LEGAL/REFERENCE LIBRARY IN WHICH PLAINTIFF, A GENERAL POPULATION INMATE, COULD HAVE DISCOVERED THE FEDERAL RULES OF CIVIL PROCEDURE; AND THAT PLAINTIFF IS UNTRAINED IN THE LAW.

3. FURTHER, PLAINTIFF IS IN THE PROCESS OF AMENDING HIS ORIGINAL COMPLAINT IN THE SUPERIOR COURT, AS FOLLOWS: a) PLAINTIFF'S DEMAND FOR JUDGMENT AGAINST DEFENDANT SHALL BE THE SUM OF $75,000.00, INSTEAD OF $100,000.00, AND b) SAID AMENDED COMPLAINT SHALL READ "AFFILIATED COMPUTER SERVICES, INC.", AS DEFENDANT, RATHER THAN "ACS HCM & STATE & LOCAL SOLUTIONS"; THE NAME UNDER WHICH "AFFILIATED COMPUTER SERVICES, INC." WAS PREVIOUSLY KNOWN TO PETITIONER.

4. ACCORDINGLY, PLAINTIFF WOULD SUGGEST THAT REMOVAL OF THIS MATTER, FROM THE SUPERIOR COURT, TO THE U.S. DISTRICT COURT, MIGHT NOT BE APPROPRIATE AT THIS TIME.

5. PLAINTIFF HONESTLY BELIEVES THAT HIS ORIGINAL COMPLAINT FILED IN THE SUPERIOR COURT, ON FORMS PROVIDED TO HIM BY THE COURT, COMPLIES WITH THE FEDERAL RULES OF CIVIL PROCEDURE PROVIDED BY THE COURT; BUT, AS A LAYMAN, PLAINTIFF ASSERTS THAT HIS COMPREHENSION OF SAID RULES IS GREATLY HINDERED BY HIS LACK OF LEGAL TRAINING, AND HIS GENERAL

conditions of confinement in Cumberland, Maryland.

6. Plaintiff notes, and would direct the Court to the fact, that Defendant's notice of removal and attached exhibits does not dispute Plaintiff's claims, and thus Plaintiff should not be compelled to further bolster his original claim at this stage of the proceedings.

WHEREFORE, Plaintiff requests that this Honorable Court direct that all further proceedings be stayed pending the completion of arbitration as provided by Defendant's Exhibit A-1 in Defendant's notice of removal; and

That this Honorable Court take judicial notice of Plaintiff's adjustment downward, from $100,000.00 to $75,000.00, of the amount of damages claimed in this matter; and

That this Honorable Court deny Defendant's suggestion of removal of this matter, from the Superior Court to the U.S. District Court, upon Plaintiff's proof of amended filing of the complaint by not later than June 10, 2008.

Respectfully submitted,

Signed this 22nd day of May, 2008

Roger B. Hargrave
NBCI, No. 335-905

3

14100 McMullen Hwy., S.W.
Cumberland, MD. 21502

## Certificate of Service

I hereby certify that on this 22nd day of May, 2008, a copy of the foregoing was mailed to Thomas J. Woodford, Jackson Myrick, The Kullman Firm PLC, Post Office Box 1287, Mobile, Alabama 36633, counsel for Defendants, by first class mail, postage prepaid.

Roger B. Hargrave