UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROGER B. HARGRAVE,** | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 08-0682 (JDB) |
|  | ) | |
| **ACH HCM & STATE & LOCAL SOLUTIONS,** | ) | |
|  | ) | |
| Defendant. | ) | |

## ORDER COMPELLING ARBITRATION AND STAYING CASE

Plaintiff filed a *pro se* complaint alleging that defendant wrongfully terminated plaintiff's employment. Defendant filed a motion to compel arbitration in accord with the employment agreement plaintiff signed when he was hired, and to either dismiss the complaint or stay the proceedings pending the arbitration decision. Plaintiff filed a response to the motion stating that he consents to arbitration and a stay of these proceedings for that purpose. Accordingly, it is hereby

ORDERED that defendant's motion [3] to compel arbitration is GRANTED. It is

FURTHER ORDERED that defendant's motion [4] to dismiss or stay this case is GRANTED in part and DENIED in part. It is granted with respect to the motion to stay and denied with respect to the motion to dismiss. It is

FURTHER ORDERED that the defendant shall file a status report at the conclusion of the arbitration or on October 1, 2008, whichever is sooner.

/s/
JOHN D. BATES
United States District Judge

Date: July 2, 2008