IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

ROGER B. HARGRAVE
    Plaintiff
    v.
ACS State & Local Solutions, inc
    Defendant

C.A.No: 0001251-08

08 cv 682 JDB



## MOTION TO AMEND ORIGINAL COMPLAINT

COMES NOW Plaintiff, Roger B. Hargrave, Pro-se, and request leave to amend his original complaint as follows:

1. Defendants corporate name is hereby amended to read ACS State & Local Solutions, inc.

2. The amount of damages sought is amended to read Seventy-Five Thousand Dollars ($75,000.00).

An amended original complaint is attached hereto, in order to correct the original complaint filed.

Respectfully Submitted,

Roger B. Hargrave #335903
NBCI. 14100 McMullen Hwy.
Cumberland Md. 21502

RECEIVED
AUG 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
AUG - 4 2008
SUPERIOR COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFITY THAT on this 27tthday of **May:** 2008, A copy of the Motion to Amend Original Complaint, with a copy of the ameded complaint, was mailed to the Defendants counsel, By first class mail postage prepaid, at the following address:

The Kullman firm PLC.
P.O.Box 1287
Mobile, Alabama 36633

c/o Thomas J.Woodford
DC Bar#416015

Roger B.Hargrave#335903
(Pro-se)

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ROGER B.HARGRAVE#335903
NBCI.14100 McMullen Hwy
Cumberland Md.21502      Plaintiff          Civil Action No. 0001251-08
                  vs.

ACS State & Local Solutions
P.O.Box 1014 Totowa,N.J.07511

                         Defendant
Serve: HR Dept.(No specific Person)

COMPLAINT

1. Jurisdiction of this court is founded on D.C.Code Annotated, 2001 edition, as amended, Sec.11-921.

   On 3/28/05 The Plaintiff, Roger Hargrave, Pro-se, was involuntary terminated for using his company gas card while out on workmans comp; for a work related incident in which during the use of said card was for theraphy and doctors visits, believed to be justifiable. The Plaintiff kept all reciepts as directed by his supervisor, Todd M.Jackson whenever the card was used, for work related duties and incidents. The plaintiff often times used his personal vehicle to complete job related task and was told as long as the reciepts were kept and turned in, I had my supervisors OK. This job related injury happened on or about 2/12/05. The Plaintiff returned back to work, on light duty in March,2005, when was approached by his supervisors, supervisor, Johnny Whitehead. The Plaintiff gascard was taken away and he was fired. The Plaintiff fill he was unjustly terminated and as a result is now serving a Life Sentence in prison. The"are several factors that the Plaintiff will prove by proponderence of evidence that ACS should be held liable for wrongful termination. There by awarding the Plaintiff the monetary judgement sought. This judgement will allow the Plaintiff to pay the victim in his criminal case, restitution for which this suit arises from.

   Wherefore, Plaintiff demands judgement against Defendant in the sum of $ 75,-000.00 with intrest and cost.
                                                              N/A
                                                       phone:

District of Columbia,SS

Roger B.Hargrave_____,Being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the Plaintiff, exclusive of all set-off and just grounds of defense.

                                                       Plaintiff

Subscribed and sworn to before me this 27th day of May 2008

                                         Notary Public/Deputy Clerk

                                         expires: 7/5/2011